JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP L. ROBINSON, | ) | Case No. ED CV 13-00684-DFM |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| CAROLYN COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this action is REMANDED for further proceedings consistent with the Court's opinion.

Dated:  October 31, 2013

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge